Denia Isabel MARADIAGA–
MAYORQUIN, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 08–70492.

United States Court of Appeals,
Ninth Circuit.

June 2, 2010.

Rosaura Del Carmen Rodriguez, Rios Cantor, P.S., Seattle, WA, for Petitioner.

Virginia Lum, Oil, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, WWS–District Counsel, Esquire, Immigration and Naturalization Service Office of the District Counsel, Seattle, WA, for Respondent.

Agency No. A079–778–957.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

## ORDER

Denia Isabel Maradiaga–Mayorquin, a native and citizen of Honduras, petitions for review of the Board of Immigration Appeals' ("BIA") January 7, 2008, order reinstating removal proceedings. In 2006, the BIA had reopened and administratively closed proceedings upon the joint motion of Maradiaga–Mayorquin and the government.

We dismiss the petition for review in the absence of a final order of removal. *See* 8 U.S.C. § 1252(a)(1); *see also Lolong v. Gonzales,* 484 F.3d 1173, 1176 (9th Cir. 2007) (en banc) ("[O]ur jurisdiction is limit-

ed to the review of final orders of removal."); *Lopez–Ruiz v. Ashcroft,* 298 F.3d 886, 887 (9th Cir.2002) (order) (no jurisdiction for lack of a final removal order where BIA reopened proceedings).

**PETITION FOR REVIEW DISMISSED.**